# United States District Court
## Violation Notice

CVB Location Code: mY-10

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 5028262 | J. Chamberlain | C0495 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 03/22/2016  3:20 AM | MTA 21-202 (25) JNC (m) |

Place of Offense: Intersection of F St. and Alabama Ave. Joint Base Andrews, MD 20762

Offense Description: Factual Basis for Charge

MTA 21-202(m) "Driver fail to make required stop at stop sign"

**DEFENDANT INFORMATION**

Last Name: Hill
First Name: James
M.I.: T

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| GBD6392 | MD | 15 | Kia Optima | | Red |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 90.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 115.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (h:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: james Hill

(Rev. 01/2011)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 22 March, 20 16 while exercising my duties as a law enforcement officer in the Joint Base Andrews District of Prince George's county Maryland.

I, A1C Chamberlain, James, witnessed a red in color Kia Optima travelling west on F. St. When he made a right turn onto Alabama Ave. without stopping. I made contact with the driver, HILL, JAMES, and he stated that he thought the stop sign located at the intersection of F. St. and Alabama Ave. was actually a yield sign. He remained calm and cooperative throughout the traffic stop. I was located on Alabama Ave. adjacent to building 1500 when I witnessed the violation.

Witness: A1C Moss, Aaron // SFS Police-SA

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/22/2016
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident